UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM LIGHTNER,<br><br>    Plaintiff,<br><br> v.<br><br>BRENDA AUSMUS,<br><br>    Defendant. | Case No. 1:07-CV-294-EJL<br><br>**JUDGMENT** |

  In accordance with the Order filed on this date, IT IS ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED: **August 17, 2010**

_(signature)_
~~Honora~~ble Edward J. Lodge
U. S. District Judge

**JUDGMENT- 1**